

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Appellate case name:         Jim P. Benge, M.D. and Kelsey-Seybold Medical Group PLLC v. Lauren Williams

Appellate case number:      01-12-00578-CV

Trial court case number:    2010-52657

Trial court:                    164th District Court of Harris County

Amici briefs have been filed in this matter by (1) the Greater Houston Society for Healthcare Risk Management, Baylor College of Medicine, Greater Houston Anesthesiology, P.A., Houston Methodist, Memorial Hermann Health System and The University of Texas System and (2) Texas Alliance for Patient Access, Texas Medical Association, and Texas Osteopathic Medical Association.

Appellee is requested to file a response thereto. This supplemental brief shall not exceed 20 pages in length. Appellee's brief, if any, is due no later than **Monday, November 18, 2013**. Any reply by Appellant shall not exceed 8 pages in length and is due no later than **Tuesday, December 3, 2013**. No extensions will be granted without exceptional good cause.

No further briefs, replies, responses, or sur-replies on any issue may be filed by the parties in this case thereafter, absent leave of court.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown_____
                         ☑ Acting individually     ☐ Acting for the Court

Date:  October 17, 2013_____